IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Catherine L. Bradley | § § § § § | CASE NO: 10-37266-H4-3 |
| DEBTOR(S) | | CHAPTER 13 |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$533.41** owed to **Catherine L. Bradley** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

**SIGNED** this the _____ day of _____.

_____
**DEPUTY CLERK**